# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148519

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

FERNANDO ANTHONY MARRERO,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148519
COA: 315448
Saginaw CC: 02-021721-FH

On order of the Court, the application for leave to appeal the November 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014

h0421



Clerk